COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Fuel 2 Go, LLC and D & R USA Enterprise, Inc. v. Mesa Fortune, Inc., d/b/a Mesa Food Mart

Appellate case number:    01-21-00546-CV

Trial court case number:  2021-51843

Trial court:               270th District Court of Harris County

Counsel for D & R USA Enterprise, Inc. has filed two motions: a motion for extension of time to file appellant's brief and a motion to withdraw.

This is an accelerated appeal from the trial court's order granting a temporary injunction. Appellants, Fuel 2 Go and D & R USA, have requested and received an extension of time to file appellants' briefs until December 22, 2021. Appellant, Fuel 2 Go, filed its brief on December 22, 2021.

Counsel for D & R USA asks that we grant an extension of 90 days to permit D & R USA to obtain counsel. Appellee has filed a response, observing that this Court granted the prior extension with the proviso that no further extensions would be granted unless there was a showing of exceptional circumstances. The Court finds the withdrawal of counsel to be an extraordinary circumstance, justifying an additional extension of time. Appellee has also filed a motion to dismiss the appeal for want of prosecution. The Court **denies** this motion.

Because this is an accelerated appeal, the Court will **grant** D & R's motion and grant an extension of time for appellant, D & R USA, to file its appellant's brief **until February 10, 2022**. No further extensions will be granted absent a showing of extraordinary circumstances.

Counsel also has filed a motion to withdraw, asserting that appellant, D & R USA, has discharged him and does not oppose this withdrawal. Having already considered and granted the motion for extension, we **grant** the motion to withdraw. This leaves D & R USA without representation. A corporation cannot appear in the appellate court for itself and must be represented by counsel. *See, e.g., Simmons, Jannace & Stagg, L.L.P. v. Buzbee Law Firm*, 32 S.W.3d 833, 833 (Tex. App.—Houston [14th Dist.] 2010, no pet. ) (mem. op.). Accordingly, appellant D & R USA must advise the Court immediately when it has retained new counsel.

It is so ORDERED.

Judge's signature: _____/s/ Richard Hightower_____

☑ Acting individually    □ Acting for the Court

Date: __December 30, 2021_____